**UNITED STATES of America, Plaintiff–Appellee**

v.

**Ronald THOMPSON, Jr., Defendant–Appellant.**

No. 08–31006

**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Sept. 18, 2009.

William J. Quinlan, Jr., U.S. Attorney's Office Eastern District of Louisiana, Hale Boggs Federal Building New Orleans, LA, for Plaintiff–Appellee.

Martin E. Regan, Jr., Regan & Associates, New Orleans, LA, for Defendant–Appellant.

Before BENAVIDES, PRADO and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Ronald Thompson, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Thompson has filed a response. Our independent review of the record, counsel's brief, and Thompson's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities

herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

